1  **MARGO A. RAISON, COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By: Marshall S. Fontes, Deputy (SBN 139567)**
   **Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
4  **Bakersfield, CA 93301**
   **Telephone 661-868-3800**
5  **Fax 661-868-3805**
6
7  **Attorneys for Defendants County of Kern, et al.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARTURO SANCHEZ, an individual,** | **CASE NO.: 1:18-CV-00347 JLT** |
| **Plaintiff,** | **STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER** |
| v. | **(Doc. 20)** |
| **COUNTY OF KERN, a public entity; KERN COUNTY SHERIFFS, a public entity; DEPUTY BRYAN NAKABAYASHI, an individual; DEPUTY RAMOS; and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

**BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:**

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel to modify the Scheduling Order in this matter, by continuing all dates by approximately ninety (90) days from the present date as follows:

/ / /

/ / /

1

---

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Nonexpert Discovery Cutoff: | 03/25/2019 | 10/02/2019 |
| Expert Disclosure: | 04/29/2019 | 11/01/2019 |
| Rebuttal Expert Disclosure: | 05/28/2019 | 12/20/2019 |
| Expert Discovery Cutoff: | 06/28/2019 | 01/21/2020 |
| Dispositive Motion Filing Deadline: | 08/26/2019 | 03/27/2020 |
| Settlement Conference: | Not Set | Not Set |
| Pretrial Conference: | 10/28/2019 10:00 a.m. Dept. 2 | 05/05/2020 10:00 a.m. Dept. 2 |
| Jury Trial: (3-4 day estimate) | 01/27/2020 8:30 a.m. Dept. 2 | 08/5/2020 8:30 a.m. Dept. 2 |

The parties request an order modifying scheduling order. The parties have not previously requested a modification of the scheduling order.

Marshall S. Fontes, Counsel for Defendants had been having issues with his knee for the past few years, which worsened over the last year, causing him to be out several times this past seven (7) months for medical appointments and issues with his knee. This along with conflicting calendars have caused delays in completing the discovery process, and the parties have subsequently been unable to complete discovery or take any depositions in this matter, although they have been scheduled a few times, they subsequently had to be removed from calendar.

Thereafter, Mr. Fontes was scheduled for knee surgery on June 26, 2019, making him unavailable for what he at time understood would be the following three to four weeks while recovering from the surgery. However, approximately three days after discharge, Mr. Fontes developed a hemorrhagic blister on the medial side of the right knee which was approximately four inches in diameter. This blister ruptured on Tuesday July 2, 2019, which presented increased risks of infection and delayed the initiation of his physical therapy treatment program. Originally, it was hoped that Mr. Fontes would be able to return to work at the beginning of August. However,

due to these unexpected complications, Mr. Fontes was informed by his orthopedic surgeon on July 10, 2019, that he can expect to be off work for an undetermined time, but no less than six more weeks.

Since that time, Mr. Fontes has suffered further medical set back, wherein he has popping and loss of sensation in the knee. He will be continuing on physical therapy and has subsequently been placed on temporary disability medical leave. There is no one else in this office with enough knowledge of this case that could step in and properly complete discovery and take depositions while Mr. Fontes continues his recovery. We believe the short requested continuance in this matter should allow sufficient time for Mr. Fontes' return from medical leave and allow the parties to complete discovery. There have been no prior continuances in this matter.

The parties believe these there is good cause for the above proposed changes to the discovery deadlines.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties that the Scheduling Order be modified as set forth above.

Respectfully submitted,

Dated: August 6, 2019          GERAGOS & GERAGOS

By: /s/ Mark J. Geragos (As authorized on 08/06/19)
    Mark J. Geragos, Esq.
    Ben J. Meiselas, Esq.
    Attorneys for Plaintiff, Arturo Sanchez

Dated: August 6, 2019          KIROKOSIAN LAW, APC

By: /s/ Greg L. Kirokisian (As authorized on 08/06/19)
    Greg L. Kirokosian
    Attorney for Plaintiff, Arturo Sanchez

Dated: August 6, 2019          MARGO A. RAISON, COUNTY COUNSEL

By: /s Andrew S. Thomson for Marshall S. Fontes
    Marshall S. Fontes, Deputy
    Attorneys for Defendants,
    County of Kern, Deputy Nakabyashi and Ramos

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [~~PROPOSED~~] ORDER THEREON

**~~PROPOSED~~ ORDER**

Based upon the stipulation of counsel, the Court **ORDERS** the scheduling order amended as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff: | 10/02/2019 |
| Expert Disclosure: | 11/1/2019 |
| Rebuttal Expert Disclosure: | 12/20/2019 |
| Expert Discovery Cutoff: | 1/21/2020 |
| Dispositive Motion Filing Deadline: | 2/25/2020 |
| Hearing on dispositive motions: | 03/21/2020 |
| Pretrial Conference: | 5/4/2020, 9:00 a.m. |
| Jury Trial: | 6/22/2020, 8:30 a.m., 3-4 day estimate |

IT IS SO ORDERED.

Dated: __**August 7, 2019**__        _____**/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [~~PROPOSED~~] ORDER THEREON