1 **MARGO A. RAISON, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2 By: Marshall S. Fontes, Deputy (SBN 139567)
3 Robert Rice, Deputy (SBN 131255)
**Kern County Administrative Center**
4 **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
5 **Telephone 661-868-3800**
6 **Fax 661-868-3805**

7 **Attorneys for Defendants**
8 **County of Kern, et al.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTURO SANCHEZ, an individual,** | CASE NO.: 1:18-CV-00347 JLT |
| Plaintiff, | STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER DATES; ~~PROPOSED~~ ORDER |
| v. | (Doc. 22) |
| **COUNTY OF KERN, a public entity; KERN COUNTY SHERIFFS, a public entity; DEPUTY BRYAN NAKABAYASWHI, an individual; DEPUTY RAMOS; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD as follows:

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel to modify the Scheduling Order in this matter, by continuing all dates by approximately sixty (60) days from the present date as follows:

/ / /

/ / /

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Nonexpert Discovery Cutoff: | 10/02/2019 | completed |
| Expert Disclosure: | 11/01/2019 | **01/02/2020** |
| Rebuttal Expert Disclosure: | 12/20/2019 | **02/20/2020** |
| Expert Discovery Cutoff: | 01/21/2020 | **03/23/2020** |
| Dispositive Motion Filing Deadline: | 02/25/2020 | 03/27/2020 |
| Hearing on dispositive motions: | 03/21/2020 | 03/21/2020 |
| Pretrial Conference: | 05/04/2020 | 05/04/2020 |
| | 9:00 a.m. | Dept. 2 |
| Jury Trial: | 06/22/2020 | 06/22/2020 |
| (3-4 day estimate) | 8:30 a.m. | Dept. 2 |

The parties request an order modifying the scheduling order for the limited purpose of a 60 day extension of Expert and Rebuttal Expert Disclosure, and the subsequent Expert Discovery Cutoff. The parties herein have entered into a tentative settlement agreement subject to approval by the County Board of Supervisors. The board hearing is currently scheduled for November 19, 2020. Upon approval of the agreement by the Board of Supervisors, all issues within the pending litigation will be resolved.

The parties have previously requested a modification of the scheduling order with the modified dates set forth above due to the medical condition of trial counsel Marshall S. Fontes. County Counsel Fontes, Counsel for Defendants has completed medical treatments including surgery and is scheduled to return to the office of County Counsel prior to January 1, 2020.

The parties believe these there is good cause for the above proposed changes to the discovery deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties that the Scheduling Order be modified as set forth above.

/ / /

/ / /

2

Stipulation to Modify Scheduling Order [Proposed] Order

Respectfully submitted,

Dated: October 30, 2019    KIRAKOSIAN LAW, APC

By: /s/ Greg L. Kirakosian (As authorized on 11/01/19)
    Greg L. Kirakosian
    Attorney for Plaintiff, Arturo Sanchez

Dated: October 30, 2019    MARGO A. RAISON, COUNTY COUNSEL

By:  /s Robert Rice for Marshall S. Fontes
    Marshall S. Fontes, Deputy
    Attorneys for Defendants,
    County of Kern, Deputy Nakabyashi and Ramos

IT IS SO ORDERED.

Dated:   **November 5, 2019**              **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

**PROPOSED ORDER**

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Amended as follows:

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Nonexpert Discovery Cutoff: | 10/02/2019 | completed |
| Expert Disclosure: | 11/01/2019 | **01/02/2020** |
| Rebuttal Expert Disclosure: | 12/20/2019 | **02/20/2020** |
| Expert Discovery Cutoff: | 01/21/2020 | **03/23/2020** |
| Dispositive Motion Filing Deadline: | 02/25/2020 | 03/27/2020 |
| Hearing on dispositive motions: | 03/21/2020 | 03/21/2020 |
| Pretrial Conference: | 05/02/2020 | 05/04/2020 |
| Jury Trial: | 06/22/2020 | 06/22/2020 |
| (3-4 day estimate) Dept. 2 | 8:30 a.m. | Dept. 2 |

IT IS SO ORDERED.

DATED: _____            _____
                                   United States Magistrate Judge

Stipulation to Modify Scheduling Order [Proposed] Order