## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.<br><br>    Defendants. | Case No.: 1:18-CV-0347- JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NO TBE IMPOSED FOR THEIR FAILURE TO PROSECUTE THIS ACTION AND COMPLY WITH COURT ORDERS |

  In early November 2019, the parties reported they had come to a tentative settlement. (Doc. 22 at 2). Counsel requested the Court modify the case schedule to allow time for the Board of Supervisors to consider the settlement without the need of continuing discovery efforts during the interval. <u>Id</u>. The Court granted the request. (Doc. 23)

  Since that time, the parties have filed nothing with the Court indicating settlement of the case has occurred. Despite that the pretrial conference is scheduled for May 4, 2020, the parties have failed also to file their joint pretrial statement. Thus, the Court **ORDERS**:

  1. <u>**No later than May 8, 2020**</u>, the parties and counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to prosecute this action and to follow the orders of the Court—specifically, the requirement to file a notice of settlement and settlement documents in a timely fashion, assuming he case has settled, or to file their joint pretrial statement. Alternatively, they may file a stipulated dismissal;

1

2. The pretrial conference is VACATED and will be reset only if needed.

IT IS SO ORDERED.

Dated: **April 28, 2020**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE