1  **MARGO A. RAISON, COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By: Marshall S. Fontes, Deputy (SBN 139567)**
   **Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, CA 93301**
4  **Telephone 661-868-3800**
   **Fax 661-868-3805**
5

6

   **Attorneys for Defendants**
7  **County of Kern, et al.**

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**
10

11

   **ARTURO SANCHEZ, an individual,**        | **CASE NO.:  1:18-CV-00347- JLT**
12
                          **Plaintiff,**      | **STIPULATION FOR DISMISSAL OF**
13        **v.**                              | **ENTIRE CASE INCLUDING**
                                              | **DEFENDANTS COUNTY OF KERN,**
14 **COUNTY OF KERN, a public entity;**       | **KERN COUNTY SHERIFFS**
   **KERN COUNTY SHERIFFS, a public**         | **DEPARTMENT, DEPUTY BRYAN**
15 **entity; DEPUTY BRYAN**                   | **NAKANAYASHI AND DEPUTY RAMOS;**
   **NAKABAYASHI, an individual; DEPUTY**     | **[PROPOSED] ORDER**
16 **RAMOS; and DOES 1 through 10,**          | **(Doc. 25)**
17 **inclusive,**

18                          **Defendants.**

19

20

21

22

23

24        **COME NOW** the Parties to this matter, Plaintiff Arturo Sanchez, through his

25 counsel of record Greg Kirakosian, and Defendants County of Kern, Kern County

26 Sheriff's Department, Deputy Nakabayashi and Deputy Ramos (hereinafter collectively

27 "Defendants") through their counsel of record Marshall S. Fontes of Kern County

28 Counsel's Office, and provide as follows:

                                      1
_____
STIPULATION FOR DISMISSAL; PROPOSED ORDER

1    **IT IS HEREBY STIPULATED**, by and between the Parties to this action through

2  their designated counsel, that the above-captioned action be dismissed with prejudice

3  in its entirety as to any complaint, allegation and/or cause of action against

4  Defendants, and each of them, more specifically the dismissal of the entire applicable

5  complaint of Plaintiff against Defendants County of Kern, Kern County Sheriff's

6  Department, Deputy Nakabayashi and Deputy Ramos.

7    **IT IS FURTHER STIPULATED** that the aforementioned dismissal is in

8  consideration of a resolution of the matter by the Parties, and that each party hereby

9  agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

10

11  Dated: May 1, 2020              GERAGOS & GERAGOS, APC
                                    KIRAKOSIAN LAW, APC

12

13                                  By:____/s Greg Kirakosian

14                                      Ben Meiselas, Esq.
                                        Greg L. Kirakosian, Esq.

15                                      Attorneys for Plaintiff,
                                        Arturo Sanchez

16

17  Dated: May 1, 2020              MARGO A. RAISON, COUNTY COUNSEL

18

19                                  By: ____/s Marshall. S. Fontes

20                                      Marshall S. Fontes, Deputy
                                        Attorneys for Defendants, County of Kern,

21                                      and Deputies Nakabayashi and Ramos

22

23                                  **ORDER**

24  IT IS SO ORDERED.

25    Dated:  **May 1, 2020**           **/s/ Jennifer L. Thurston**

26                                      UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER